**Order entered March 4, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-01586-CV**

**BRIDGET PARSON, Appellant**

**V.**

**US BANK NATIONAL ASSOCIATION, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09716**

**ORDER**
Before Chief Justice Burns, Justice Nowell, and Justice Garcia[1]

We **REINSTATE** this appeal.

By opinion and judgment dated September 12, 2019, we dismissed this appeal for want of jurisdiction. After appellant filed a motion for rehearing, she removed this case to federal court prompting abatement of this appeal. The federal proceeding has concluded.

---

[1]The Honorable Dennise Garcia succeeded the Honorable Bill Whitehill, a member of the original panel. Justice Garcia has reviewed the opinion, the motion for rehearing, the motion for stay, and the record before the Court.

We **DENY** appellant's motion for rehearing.

Also before the Court is appellant's February 23, 2021 motion to stay. We **DENY** the motion as moot.

/s/  DENNISE GARCIA
JUSTICE